**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE D. CALDWELL, )<br>)<br>            Plaintiff, )<br>) Civil Action No. 11-1304 (EGS)<br>            v. )<br>)<br>ANTHONY D. ROMERO, JO-ANNA )<br>JOSEPH, and other employees and )<br>agents unknown to Plaintiff of )<br>the American Civil Liberties )<br>Union Foundation National )<br>Office, in their personal and )<br>individual capacities as, )<br>)<br>            Defendants. )<br>) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that [3] defendants' motion to dismiss is **GRANTED;** and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case.  This is a final and appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           March 2, 2012**